OSCN Found Document:AMENDMENT OF RULES 1.260 AND 1.261 OKLAHOMA SUPREME COURT RULES

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only

 
 
 

 
 AMENDMENT OF RULES 1.260 AND 1.261 OKLAHOMA SUPREME COURT RULES
2024 OK 27
Decided: 04/22/2024
THE SUPREME COURT OF THE STATE OF OKLAHOMA

Cite as: 2024 OK 27, __ P.3d __

 

Amendment of Rules 1.260 and 1.261 Oklahoma Supreme Court Rules

ORDER

¶1 Rules 1.260 and 1.261 of the Oklahoma Supreme Court Rules, Okla. Stat. tit. 12, ch. 15, app. 1, are hereby amended as shown on the attached Exhibit "A." The remainder of Rule 1.260 and Rule 1.261 is unaffected by the amendment. The amended Rules will be effective June 1, 2024.

¶2 DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 22nd day of April 2024.

 

/S/CHIEF JUSTICE

 

ALL JUSTICES CONCUR

 

 

Oklahoma Supreme Court Rules 

Proposed Amendments 

RULE 1.260 - EXPUNGEMENT OF RECORDS

Persons who have obtained an order of expungement from a district court, pursuant to Title 22, Sections 18, and 19, and Section 60.18 may seek expungement of related civil appellate records in this Court for retained cases as well as those that stand or stood assigned to the Oklahoma Court of Civil Appeals. Those persons who seek a district court's expungement by appeal or writ may seek this court's order directing the clerk to keep certain materials sealed pending the outcome of the case.

RULE 1.261 - APPLICATION FOR EXPUNGEMENT

A party desiring expungement of appellate records must file an Application for Expungement with the Clerk of this Court. The Application shall state (1) the category under which the person was qualified to seek expungement in the district court, as set forth in Title 22, Section 18;, or Section 60.18 ; and (2) the date the district court entered the order of expungement and the scope of that order. A certified copy of the party's motion for expungement and of the district court's order granting the motion shall be filed with the Application for Expungement.

 

 

Oklahoma Supreme Court Rules 

RULE 1.260 - EXPUNGEMENT OF RECORDS

Persons who have obtained an order of expungement from a district court, pursuant to Title 22, Sections 18, 19, and 60.18 may seek expungement of related civil appellate records in this Court for retained cases as well as those that stand or stood assigned to the Oklahoma Court of Civil Appeals. Those persons who seek a district court's expungement by appeal or writ may seek this court's order directing the clerk to keep certain materials sealed pending the outcome of the case.

RULE 1.261 - APPLICATION FOR EXPUNGEMENT

A party desiring expungement of appellate records must file an Application for Expungement with the Clerk of this Court. The Application shall state (1) the category under which the person was qualified to seek expungement in the district court, as set forth in Title 22, Section 18, or Section 60.18; and (2) the date the district court entered the order of expungement and the scope of that order. A certified copy of the party's motion for expungement and of the district court's order granting the motion shall be filed with the Application for Expungement.

 

 

 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 Title 12. Civil Procedure

 
Cite
Name
Level

 
12 O.S. RULE 1.260, 
EXPUNGEMENT OF RECORDS
Cited

 
12 O.S. RULE 1.261, 
APPLICATION FOR EXPUNGEMENT
Cited

 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 

 
 
 
 

 
 

 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA